UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-23899-O'SULLIVAN

[CONSENT]

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANA VAZQUEZ,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Summary Judgment (DE# 12, 1/2/13). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added).

Having received no response from the defendant and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Summary Judgment (DE# 12, 1/2/13) on or before **Monday, February 4, 2013**. The failure to file a response may result in an Order granting

the Plaintiff's Motion for Summary Judgment (DE# 12, 1/2/13) in its entirety. If the defendant files a response, the plaintiff may file a reply no later than **Thursday, February 7, 2013**, at **12:00 PM**. The hearing on the instant motion previously set for **February 13, 2013**, at **2:00 PM** before the undersigned shall remain as scheduled.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **23rd** day of January, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Copies mailed to:
Ana Vazquez
1475 S.W. 8th Street
#405
Miami, FL 33135